IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AUGUSTO COTTE and MERCEDES HIDALGO,<br><br>Plaintiffs,<br>v.<br><br>CVI SGP ACQUISITION TRUST; CVI SGPCO ACQUISITION TRUST; and JOHN DOES 1-10,<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 2:21-cv-00299-JNP-DAO<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED that, except for the proposed incentive award payments to the class representatives, which the court does not approve, the court approves the settlement agreement for the two classes in this action.

IT IS FURTHER ORDERED AND ADJUDGED that the court approves the payment to class counsel of attorney fees in the amount of $45,000, litigation costs in the amount of $435, and class administration costs in the amount of $10,000.

DATED September 30, 2024

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge